No. 09-11509. VILLASANA v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 09-11510. TANKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 09-11511. TAYLOR v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09-11512. HUNG NAM TRAN v. KRIZ ET AL. C. A. 7th Cir. Certiorari denied.

No. 09-11513. SOLON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 09-11514. MILLER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09-11515. PATTERSON v. HOUSTON, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 8th Cir. Certiorari denied.

No. 09-11516. RYNES v. BODISON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 09-11517. ACEVEDO-GUZMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 09-11518. ANTOINE v. RUCKER ET AL. C. A. 3d Cir. Certiorari denied.

No. 09-11520. ZACHARIE v. CHIRILA ET AL. C. A. 9th Cir. Certiorari denied.

No. 09-11521. BIGGINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09-11522. INTROCASO v. MEEHAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 09-11523. BLOUNT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 09-11524. DURHAM v. CRIST, GOVERNOR OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.